FILED09 AUG '23 16:32USDC-ORP

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Emmanuel Adeyinka
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Spring Branch Memorial Hospital
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:23-CV-1166-YY
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED09 AUG '23 16:32USDC-ORP

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Emmanuel John Sarah, Adeyinka |
| Street Address | P.O. Box 8131 |
| City and County | portland OR 97207 |
| State and Zip Code | |
| Telephone Number | 503-929-5219 |
| E-mail Address | daysnews94@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Spring Branch MemoRial Hospital |
| Job or Title *(if known)* | Hospital |
| Street Address | 5220 Westview Harris |
| City and County | Houston Texas 77055 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Texas Health and Humans Services |
| Job or Title *(if known)* | Texas Department of State Health Service |
| Street Address | P.O. box 149347 |
| City and County | Austin Texas 78714-9347 |
| State and Zip Code | |
| Telephone Number | 888-963-7111 |
| E-mail Address *(if known)* | d.sh.s. Texas |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Emmanuel Udeyinka, is a citizen of the State of *(name)* Texas.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

2. If the defendant is a corporation

   The defendant, *(name)* Texas Health and Human Services, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* Texas.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Statement of Claim , 3

Texas health and human service on 4/13/20231 I request for correction of my parent race to be updated, the request # number is P I87158, -59 the processor name is Dawn k martin, this request was for change of partner race, my partner race was listed as Negroid a race profiles, Texas health and human services, believe it was done at the time of birth. But I have evidence that It wasn't, it sometime 1999 thought 2010 or when I live in Philadelphia, or when I lost my birth certificate, they have different rule to change your parents race , not only they wanted me to paid, for these error which was done from birth , Texas constitution should provide a lawyer to suit the hospital, Texas health and human service looking for more of a repose out me, then correcting or resolve the issue, I send them a copy of my ID and a copy of my birth certificate, that listed my race on my ID, why not just listed as my race on my ID , the main point of these matter and I ask the court to seizures their computer software or application , I will attach a Form: AO 88B , Racial profiling unlawful profiling of Negroid is a selection of their , or Icon software profile or application , These is a foreign language , not of the united states jurisdiction or terminology or the nature of the jurisdiction , for {example} Fourth Amendment "papers" may be pamphlets and letters in hard copy, or they may be digital files stored on a cell phone, hosted in "the cloud," or even generated by a third party. Of course, not all third-party records have significant expressive or associate Negroid is (less commonly called **Congoid**) is an obsolete racial grouping of various people indigenous to Africa south of the area which stretched from the southern Sahara desert in the west to the African Great Lakes in the southeast,[1] but also to isolated parts of South and Southeast Asia (Negritos).[2] The term is derived from now-disproven conceptions of race as a biological category.[3] The concept of dividing humankind into three races called Caucasoid, Mongoloid, and Negroid (originally named "Ethiopian") was introduced in the 1780s by members of the Göttingen School of History and further developed by Western scholars in the context of "racist ideologies" during the age of colonialism.[4]With the rise of modern genetics, the concept of distinct human races in a biological sense has become obsolete. In 2019, the American Association of Biological Anthropologists stated: "Race does not provide an accurate representation of human biological variation. It was never accurate in the past, and it remains inaccurate when referencing contemporary human populations."[4] unlawful profiling



CERTIFICATION OF VITAL RECORD

DEPARTMENT OF STATE HEALTH SERVICES
VITAL STATISTICS

TEXAS DEPARTMENT OF HEALTH
REC'D OCT 27 1980
BUREAU OF VITAL STATISTICS

Texas Department of Health — BUREAU OF VITAL STATISTICS

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO. 142-80-189623

| | | | | |
|---|---|---|---|---|
| CHILD | 1. NAME (Type or print) (a) First: EMMANUEL | (b) Middle: ALE | (c) Last: ADEYINKA | 2. DATE OF BIRTH: AUGUST 2, 1980 |
| | 3. SEX: MALE | 4a. PLACE OF BIRTH — COUNTY: HARRIS | 4b. CITY OR TOWN: HOUSTON | |
| | 4c. NAME OF HOSPITAL: SPRING BRANCH MEMORIAL HOSPITAL | 4d. INSIDE CITY LIMITS?: YES | 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC.: SINGLE | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd: |
| FATHER | 6. NAME (a) First: JOHN | (b) Middle: OLALEKAN | (c) Last: ADEYINKA | |
| | 7. RACE: NEGROID | 8a. IS FATHER OF SPANISH ORIGIN?: NO | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.: | |
| | 9. AGE: 27 | 10. BIRTHPLACE: AFRICA | 11a. USUAL OCCUPATION: MACHINIST | 11b. KIND OF BUSINESS OR INDUSTRY: TOOL COMPANY |
| MOTHER | 12. MAIDEN NAME (a) First: SARAH | (b) Middle: JEANETTE | (c) Last: MAY | |
| | 13. RACE: NEGROID | 14a. IS MOTHER OF SPANISH ORIGIN?: NO | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.: | |
| | 15. AGE: 20 | 16. BIRTHPLACE: TEXAS | 17a. USUAL OCCUPATION: CASHIER | 17b. KIND OF BUSINESS OR INDUSTRY: GROCERY STORE |
| | 18a. RESIDENCE — STATE: TEXAS | 18b. COUNTY: HARRIS | 18c. CITY OR TOWN, ZIP CODE: HOUSTON 77055 | 18d. STREET ADDRESS: 1855 WIRT #281; 18e. INSIDE CITY LIMITS?: YES |
| | 19. Children previously born to this mother: a. How many other children are now living? 1 | b. How many other children were born alive but are now dead? 1 | c. How many children were born dead after 20 weeks pregnancy? 0 | 20. INFORMANT: Sarah J. Adeyinka |
| | 21. I hereby certify that this child was born alive on the date stated above at 3:23 P.M. | 22a. ATTENDANT'S SIGNATURE: [signature] | | 22b. ATTENDANT AT BIRTH: M.D. |
| | | 22c. ATTENDANT'S ADDRESS: DOUGLAS THIBODEAUX, M.D. 9320 WESTVIEW, HOUSTON, TEXAS 77055 | | 22d. DATE SIGNED: AUGUST 12, 1980 |
| | 23a. REGISTRAR'S FILE NO.: 25738 | 23b. DATE REC'D BY LOCAL REGISTRAR: AUG. 7, 1980 | 23c. SIGNATURE OF LOCAL REGISTRAR: [signature] | |

QA15689542

LYN

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED DEC 17 2019

TARA DAS
STATE REGISTRAR

THE STATE OF TEXAS

DEPARTMENT OF STATE HEALTH SERVICES — VITAL STATISTICS — STATE OF TEXAS

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER ... BACKGROUND

ANY ALTERATION ... S THIS CERTIFICATE

**Relief #5**

I Emmanuel Adeyinka Plea **The Fourth Amendment of the U.S. Constitution provides that "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."** **And I plea for my 14 amendment, all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.** ***Plyler v. Doe*, 457 U.S. 202 (1982), Equal protection**

In May 2022 Texas Governor Greg Abbott expressed interest in attempting to overturn the case, following the leak of the draft opinion in *Dobbs v. Jackson Women's Health Organization*. The draft opinion, written by Justice Samuel Alito, would overturn *Roe v. Wade* on the basis that abortion rights were not explicitly protected in the Constitution and thus would allow states to determine whether to protect or restrict those rights. Abbott stated the same would apply to the rights to education for immigrants, which is only established by *Plyler* and not a constitutional right.[15][16][17]

Texas health and human service on 4/13/20231 I request for correction of my parent race to be updated, the request # number is P 187158, -59 the processor name is Dawn k martin, this request was for change of partner race, my partner race was listed as Negroid a race profiles, Texas health and human services, believe it was done at the time of birth. But I have evidence that It wasn't, it sometime 1999 thought 2010 or when I live in Philadelphia, or when I lost my birth certificate, they have different rule to change your parents race , not only they wanted me to paid, for these error which was done from birth , Texas constitution should provide a lawyer to suit the hospital, Texas health and human service looking for more of a repose out me, then correcting or resolve the issue, I send them a copy of my ID and a copy of my birth certificate, that listed my race on my ID, why not just listed as my race on my ID , the main point of these matter and I ask the court to seizures their computer software or application , I will attach a

Form: AO 88B , Racial profiling unlawful profiling of Negroid is a selection of their , or Icon software profile or application , These is a foreign language , not of the united states jurisdiction or terminology or the nature of the jurisdiction , for {example} Fourth Amendment "papers" may be pamphlets and letters in hard copy, or they may be digital files stored on a cell phone, hosted in "the cloud," or even generated by a third party. Of course, not all third-party records have significant expressive or associate Negroid is (less commonly called **Congoid**) is an obsolete racial grouping of various people indigenous to Africa south of the area which stretched from the southern Sahara desert in the west to the African Great Lakes in the southeast,[1] but also to isolated parts of South and Southeast Asia (Negritos).[2] The term is derived from now-disproven conceptions of race as a biological category.[3] The concept of dividing humankind into three races called Caucasoid, Mongoloid, and Negroid (originally named "Ethiopian") was introduced in the 1780s by members of the Göttingen School of History and further developed by Western scholars in the context of "racist ideologies" during the age of colonialism.[4]With the rise of modern genetics, the concept of distinct human races in a biological sense has become obsolete. In 2019, the American Association of Biological Anthropologists stated: "Race does not provide an accurate representation of human biological variation. It was never accurate in the past, and it remains inaccurate when referencing contemporary human populations."[4] unlawful profiling , I also plea for my 13 amendment Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Basic on exactly when the unlawful profiling occurred, 15.1 million for each year, that is each year that the unlawful profiling was listed in Texas record system since 1980, that between 3 plaintiff me Emmanuel Adeyinka, Sarah Adeyinka, and John Adeyinka, upon till these point that will be 649.3 million not adding pain and suffering and restitution claim. Cases related in US District Court for the District of Oregon, **Adeyinka v. Perfect Privacy, LLC, filed** April 27, 2023 **and also Adeyinka v. Fagbolu et al , in** US District Court for the Southern District of Texas , filed , June 15, 2018 , defendant never answer the subpoena , I the plaintiff claim a stocking and extortion and 4 amendment violation , and the company been leasing the domain to fagbolu, fagbolu been buying my last name domain since 2003 me and the court still like to know why . I Plea the 5 amendment for which in biblically terminology your partner carries a wage of sin, in acts their **economic strategy**, and **manipulating strategy** my birth day is 8/2/80, the Music company Columbia recorder and rapper 50 cents, produce an album It not your birthday., **their application.** Link https://www.dshs.texas.govAfltal-statistics/requirements-requestingichanglng-vital-records/supporting- documentation-record-changes#diildinfo **Correct parent's Information {of parent currently listed on the birth certificate) Submit ONE (1) of the following documents: Certified copy of a court order affecting the Information shown on the birth certificate; Birth certificate{s) of child's parent{s); Birth certificate of child's older brother or sister; Certified copy of parents 'marriage license; Parent's naturalization certificate (must include name change);** ***OR*** **Photocopy of parent's domestic passport or parent's foreign passport with U.S. Vis** , Which is a coincidence how believe in coincidence , **I'm Not**

**your Negro** , James Baldwin said his is date of birth 8/2/1924 to 1987 , when I first acknowledge I my parent race on my birth card , is state as Negroid , I reported to DOJ 2 in half year ago , I watch the economic changes

Black life matter, also **I plea the 5 amendment in justice of my source of my cultural existence, if one can produce their everyday life in the proper constitutional manor, why should i produce the document , they said they need to make the change for their self-gain they can't going with their daily life without it , my juvenile recorder When I was 15 years old, for example** : link {,**Calvin Sanford** } https://www.fox13news.com/news/judge-denies-bond-for-teen-accused-in-deadly-crash-following-high-speed-chase-in-stolen-truck , I couldn't find these case but these the link , also report these to DOJ being it case related , when I was 15 year old , manipulating strategy of their economic strategy and pattern of practice, **Joe Ligon** , I couldn't find the case# but these is the link: :https://en.m.wikipedia.org/wiki/Joe_Ligon#:~:text=Upon%20his%20release%2C%20Ligon%20became,%2Fyear)%20to%20incarcerate%20him , {**Joseph Ligon** }(born 1937 or 1938) is an American convicted murderer and former prisoner. He was America's longest-serving prisoner who was convicted to a life sentence as a minor. At 15, he was found guilty of murder by association and sentenced to life in prison without the possibility of parole. After the US Supreme Court had ruled in 2016 that all juvenile life sentences without parole were retroactively unconstitutional, he was released in 2021, having spent 68 years in jail., the release of joseph and arrested of Calvin was month apart , that isn't a coincidence, when did the option become available to change or to amended your partner race, it was a research team in Connecticut, don't forget these is discriminated issue and they should offer to corrected this matter. But what I leaner from it, it an outlet for trafficking, and political transactions and creating constitution error economic strategy to bring admissible clause and prejudice judgement in cases filing, I plea of the 4 amendment of the Constitution of Orogen and United State Constitution be rectified. **so, I plea 13, 14 ,15 amendment,**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 4/13/2023, at *(place)* email, and phone.,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

unlawful profiling

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/9/23

Signature of Plaintiff [signature]

Printed Name of Plaintiff Emmanuel Aley[illegible]

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ________

Street Address ________

State and Zip Code ________

Telephone Number ________

E-mail Address ________