United States District Court
Southern District of Texas
**ENTERED**
February 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMMANUEL ADEYINKA, § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-2962 |
| § | |
| SPRING BRANCH MEMORIAL § | |
| HOSPITAL, *et al.*, § | |
| Defendants. § | |

# FINAL JUDGMENT

Under Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff Emmanuel Adeyinka filed his complaint on August 9, 2023. (Dkt. 1). On December 11, 2023, the Court ordered Plaintiff to effectuate service against all Defendants and to file proof of such service on or before January 25, 2024. (Dkt. 12). The docket reflects that, as of this date, Plaintiff has not done so.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is **ORDERED** that Plaintiff's claims against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE for want of prosecution.**

All pending motions in this case are **DENIED AS MOOT**. **THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas on February 1, 2024.

*/s/ George C. Hanks, Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE